ACCEPTED
15-25-00089-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
9/5/2025 10:38 AM
CHRISTOPHER A. PRINE
CLERK

**No. 15-25-00089-CV**

# In the Court of Appeals for the Fifteenth Judicial District Austin, Texas

FILED
15th COURT OF APPEALS
AUSTIN, TEXAS
9/5/2025 10:38:46 AM
CHRISTOPHER A. PRINE
Clerk

TEXAS DEPARTMENT OF AGRICULTURE, ET AL.,

*Appellants,*

*v.*

BE A CHAMPION, INC., JAMES HONG, KEVIN KLOTZ,
GEORGE MOON, AND JARON BARGANIER,

*Appellees.*

On Appeal from the
200th Judicial District Court, Travis County

## APPELLANTS' MOTION FOR AN EXTENSION

Texas Department of Agriculture, et al. ("Appellants") seek a seven-day extension of their deadline to file a reply brief. Appellants' reply brief is currently due on September 15, 2025. With the extension, Appellants' reply brief would be due on September 22, 2025.

Appellants seek this extension as their counsel was out on August 27th, September 1st, and September 2nd due to office closures and a family vacation. Further, Appellants need additional time to adequately brief the complicated issues raised in this case. Appellees' counsel advised that they were unopposed to the instant request.

Thus, Appellants respectfully request that the Court extend the deadline to file their reply brief in this case to September 22, 2025. This is Appellants' first request for an extension of their reply brief.

Date: September 5, 2025

Respectfully Submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Chief, General Litigation Division

*/s/ Todd Dickerson*
TODD DICKERSON
Attorney-in-Charge
Texas Bar No. 24118368
Todd.Dickerson@oag.texas.gov
Assistant Attorney General
Office of the Attorney General
P.O. Box 12548-Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
FAX: (512) 320-0667
**COUNSEL FOR DEFENDANTS-APPELLANTS**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed electronically and that notice of this filing will be sent to all counsel who have appeared in this matter through Texas's electronic filing system on September 5, 2025.

*/s/ Todd Dickerson*

## CERTIFICATE OF CONFERENCE

On September 3, 2025, I conferred by email with Appellees' counsel (Kevin Terrazas) about the subject of this motion. Appellees' counsel advised that they were unopposed to the instant request.

*/s/ Todd Dickerson*

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Thomas Ray on behalf of Todd Dickerson
Bar No. 24118368
thomas.ray@oag.texas.gov
Envelope ID: 105247541
Filing Code Description: Motion
Filing Description: Appellants' Motion for Extension
Status as of 9/5/2025 10:50 AM CST

Associated Case Party: Be a Champion, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Kevin Terrazas | 24060708 | kterrazas@terrazaspllc.com | 9/5/2025 10:38:46 AM | SENT |
| Benjamin Dower | 24082931 | bdower@terrazaspllc.com | 9/5/2025 10:38:46 AM | SENT |
| Jennifer Foster | 24104938 | jfoster@terrazaspllc.com | 9/5/2025 10:38:46 AM | SENT |

Associated Case Party: Texas Department of Agriculture

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Thomas Ray | | thomas.ray@oag.texas.gov | 9/5/2025 10:38:46 AM | SENT |
| Todd Dickerson | | todd.dickerson@oag.texas.gov | 9/5/2025 10:38:46 AM | SENT |